JOHN CALLAHAN et al., Appellants, *v.* MARY E. UNDERWOOD et al., Respondents.

Argued January 23, 1941; decided March 6, 1941.

*Harry Kantor* for appellants.

*Urbane C. Lyons* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.